IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 27  P 3: 36

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| GLENN HOLCOMBE and JONI HOLCOMBE, Individually and as Administrators of the Estate of Kyle Holcombe, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. CV306-088 ) |
| THE OCONEE ELECTRIC MEMBERSHIP CORPORATION, GEORGIA SYSTEM OPERATIONS CORPORATION and GEORGIA TRANSMISSION CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF INTERESTED PARTIES
### S.D. GA. LR 3.2

The undersigned counsel of record for Defendants The Oconee Electric Membership Corporation, Georgia System Operations Corporation and Georgia Transmission Corporation, certifies that the following is a full and complete list of the parties in this action:

| NAME | IDENTIFICATION & RELATIONSHIP |
|---|---|
| Glenn Holcombe | Plaintiff |
| Joni Holcombe | Plaintiff |
| The Oconee Electric Membership Corp. | Defendant |
| Georgia Systems Operations Corp. | Defendant |
| Georgia Transmission Corp. | Defendant |

1

The undersigned further certifies that the following is a full and complete list of officer, directors or trustees of the above identified parties that have a financial interest in or another interest which could be substantially affected by the outcome of this case:

| NAME | IDENTIFICATION & RELATIONSHIP |
|---|---|

Oconee EMC Directors/Officers/Executive Staff

| NAME | IDENTIFICATION & RELATIONSHIP |
|---|---|
| John B. Floyd, Jr. | Chairman |
| Charles L. Holliman | Vice Chairman |
| Hugh Davis | Secretary/Treasurer |
| Amy Orr | Asst. Secretary/Treasurer |
| Cecil Woodard | Director |
| William Shepherd | Director |
| Charles Grace | Director |
| Marty Smith | President/CEO |
| David Hartley | VP Engineering/Operations |
| Terri Howard | VP Administration |

Federated Rural Electric Management Corporation Directors/Officer

| NAME | IDENTIFICATION & RELATIONSHIP |
|---|---|
| Charles E. Adair | Director |
| Jimmy R. Bason | Director |
| Kenneth Cook | Director |
| Grant J. Earl | Director |
| Bernard Fehringer | Director |
| Dale E. Geiselman | Director |
| Rodney V. Gerdes | Vice Chairman |
| Diana Holmes | Secretary |
| Jimmy Horton | Director |
| Creden W. Huber | Director |
| Marvin Kimmet | Director |
| Donald McCracken | Chairman |
| Michael McGuirk | Director |
| Steven J. Reed | Treasurer |
| James B. Riddle | Director |
| Duane Rieckenberg | Director |
| Grady Smith | Director |
| Michael D. Tirpak | Director |

| | |
|---|---|
| Mike Torres | Director |
| Michael J. Bird | Vice President –Safety & Loss Prevention |
| Richard D. Burns | Assistant Vice President - Claims |
| William C. Gettler | Vice President - Claims |
| Thomas A. Gitschier | Vice President - Underwriting |
| Philip D. Irwin | President & CEO |
| Kelly J. Klug | Vice President of Finance & CFO |
| Susan M. Olander, Esquire | General Counsel & Assistant Secretary |
| Carl L. Schroer | Vice President - Sales & Marketing |

Georgia Transmission Corporation Officers/Directors

**officers**

Mike Smith
Barbara Hampton
Jerry Donovan
Harold Taylor
David Van Winkle
Keith Daniel
Russell Schussler
Tom Parker

**directors**

Roy Tollerson
Charles Fendley
Ray Jones
Everett Williams
David Dunaway
Steve Rawl
Michael Whiteside
Ronnie Lee
Kenneth Cook
Rick Gaston
Gary Drake
Jim Hubbard
Jill Tietjen

Georgia Systems Operations Corporation Officers/Directors

| | |
|---|---|
| Jerry J. Saacks | President and CEO |
| W. Clay Smith | Vice President and Chief Legal Administrative, Financial and |
| Compliance Gregory S. Ford | Vice President, System Operations |
| John G. Sweeney, Jr. | Vice President, Data Systems and Settlements |
| Patricia N. Nash | Assistant Secretary |

**MANAGEMENT:**

Operations

| | |
|---|---|
| Craig Berent, Manager | Energy Accounting & Settlements |
| Melvin Burnside | Manager, Contracts & Business Analysis |
| Linda Chambers | Manager, Data Systems |
| Dwaine Clark | Director, Member Services |
| John Gasstrom | Manager, Metering |
| Robin Muretisch | Manager, Corporate Performance, Planning & Compliance |
| Doug Newbauer | Manager, Control Area Operations |
| Neil Phinney | Manager, Energy Control Systems |
| Percy Smallwood | Controller & Manager, Accounting, Finance & Treasury |
| Karon Mueller | Manager, Treasury Services & Administration |
| Lloyd Snyder | Manager, Transmission Operations |
| Paul Turner | Manager, Operations Engineering |
| Tina James | General Manager |
| Jan Ashmore | Manager, Accounts Payable & Payroll |
| Homerzelle Gentry | Manager, Human Resources |
| John Broxson | Manager, Facility Services |
| Jake Lawson | Records Management Manager |
| Patty Nash | Manager, Board Administration |
| Bob Porter | Manager, Communication & Training |
| Keith Porterfield | Manager, Telecommunications |
| Brian Prevost | Manager, Audit and Consulting |
| Gary Williamson | Chief Information Officer |
| Bilal Sabusa | Manager, Customer Care |
| Steve Crist | Manager, Information Security & Data Services |
| Ivan Kahn | Manager, Technology Operations |
| John Lauer | Manager, Enterprise Systems |

Max Lautzenheiser                    Manager, IT Planning & Administration

Respectfully submitted this 27th day of October, 2006.

                                            MCNATT GREENE AND PETERSON
                                            ATTORNEYS FOR DEFENDANTS

                                            Troy Lance Greene
                                            Georgia State Bar No. 308838

Post Office Box 1168
Vidalia, Georgia 30475
(912) 537-9343

5

## CERTIFICATE OF SERVICE

This is to certify I have this day served opposing counsel with a true and correct copy of the within and foregoing pleadings by placing a copy of same in the United States Mail, with adequate postage thereon to insure prompt delivery, and addressing it to:

Michael D. McRae
Robert T. Monroe
Post Office Box 418
Cedartown, Georgia 30125

This 21ʳᵗ day of October, 2006.

ATTORNEYS FOR DEFENDANTS
MCNATT GREENE AND PETERSON

Troy Lance Greene
Georgia Bar Number 308838