FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 DEC 14 A 9:38

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| GLENN HOLCOMBE and JONI HOLCOMBE, Individually and as Administrators of the Estate of Kyle Holcombe, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE OCONEE ELECTRIC MEMBERSHIP CORPORATION, GEORGIA SYSTEM OPERATIONS CORPORATION and GEORGIA TRANSMISSION CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV306-088 |

## ENTRY OF APPEARANCE

Now comes, James F. Nelson, Jr. with the law firm of Nelson, Gillis & Thomas, LLC, who, files his entry of appearance as co-counsel for Defendant, The Oconee Electric Membership Corporation. The law firm of McNatt, Greene and Peterson will continue to represent said Defendant as co-counsel.

Respectfully submitted, this 12th day of December, 2006.

ATTORNEYS FOR DEFENDANT,

The Oconee Electric Membership Corporation
NELSON, GILLIS & THOMAS, LLC

By: _____
James F. Nelson, Jr.
State Bar Number 538100

125 North Franklin Street
Dublin, GA 31021
(478) 272-3545

S:\Shelly\DATA\JimN\Oconee EMC\Holcombe.Kyle\EntryofAppearance.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing ENTRY OF APPEARANCE upon all interested parties by placing a copy in the United States mail, postage prepaid, addressed as follows to ensure delivery:

| | |
|---|---|
| Michael D. McRae | Hugh B. McNatt |
| Robert T. Monroe | Troy Lance Greene |
| Post Office Box 418 | McNatt, Greene and Peterson |
| Cedartown, Georgia 30125 | Post Office Drawer 1168 |
| | Vidalia, Georgia 30475-1168 |

This 12th day of December, 2006.

NELSON, GILLIS & THOMAS, LLC

BY: _____
JAMES F. NELSON, JR.
State Bar No. 538100

Attorneys for Defendant,
Oconee Electric Membership Corporation
Nelson, Gillis & Thomas, LLC
125 North Franklin Street
Dublin, Georgia 31021
(478) 272-3545